COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-20-00235-CV

Style:                      Charles  Blair v. Henry  D. Williams

Trial Court Case Number:     2015-51081

Trial Court:                11th District Court of Harris County

Type of Motion:             Objection to Mediation

Party Filing Motion:        Appellee

Appellee has objected to mediation.  The Court's mediation order dated March 23, 2020 is withdrawn.


Judge's signature: /s/ Gordon Goodman
                 Acting individually

Date: April 3, 2020


\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).